■ RICHARD G. LENAEUS, Plaintiff, v. CRANES, INC., Defendant, and Third-Party Plaintiff-Appellant. STEEL STRUCTURES, INC., Third-Party Defendant-Respondent. CRANES, INC., Plaintiff, v. STEEL STRUCTURES, INC., Defendant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ JOAN V. ROCCHIO, Respondent, v. BEL-AIR PROPERTIES CORP., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ. [17 Misc 2d 510.]

■ In the Matter of ANNA CORRIGAN, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH GOLDBERG, Also Known as JOSEPH MILLER, against HARRY SILBERGLITT.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD SEILER.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ RAYMOND CERASOLI v. A. DE BEVOISE CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of HARRY PASIALIS, Deceased. PAUL ANAYANNIS, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator, et al., Respondents.— Motion for leave to dispense with printing denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of HENRY MENDOZA et al., against MORRIS A. JACOBS, as Commissioner.— Motion for leave to dispense with printing granted insofar as to permit the proceeding to be heard upon a typewritten record and upon typewritten or mimeographed petitioners' points, upon condition that the petitioners serve one copy of the typewritten record and one copy of the type-written or mimeographed petitioners' points upon the Corporation Counsel of the City of New York, and file 6 copies of the typewritten record and 6 typewritten or 19 mimeographed copies of petitioners' points with this court. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.